IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 DEC -1 PM 5: 15
CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. JFM-15-0615 |
| | * | (Obstruction of Firefighters during a |
| v. | * | Civil Disorder, 18 U.S.C. § 231(a)(3); |
| | | Arson, 18 U.S.C. § 844(i); |
| GREGORY LEE BUTLER, JR., | * | Aiding and Abetting 18 U.S.C. § 2) |
| a/k/a GREG BALY, | * | |
| Defendant, | | |
| | * | |

\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
**(Obstruction of Firefighters during a Civil Disorder)**

The Grand Jury for the District of Maryland charges that:

#### Introduction

At all times relevant to this Indictment:

1. Defendant **GREGORY LEE BUTLER, JR., a/k/a GREG BALY**, (hereafter "**BUTLER**") was a resident of Maryland.

2. The CVS Health Corporation store number 3976 (hereafter "CVS Pharmacy"), located at 2509 Pennsylvania Avenue, Baltimore, Maryland, 21217, was a business operating as a retail store and pharmacy. This CVS Pharmacy was part of one of the largest retail store and pharmacy chains throughout the United States. CVS Pharmacy dispensed medications and sold various retail merchandise. CVS Pharmacy was engaged in the movement of articles and commodities in commerce between Maryland and places outside of Maryland, and other activities affecting interstate commerce.

3. The Baltimore City Fire Department ("BCFD") was a municipal agency that provided fire suppression, rescue, and emergency medical services in Baltimore, Maryland. The mission of the BCFD was to provide excellent service to its customers in a professional and humanitarian way.

4. On or about April 27, 2015, rioting erupted in Baltimore, Maryland. The rioting involved acts of violence by assemblages of three or more persons and caused an immediate danger of, and resulted in, damages and injuries to the property of other individuals and to the person of other individuals. The rioting occurred, among other places, in the vicinity of CVS Pharmacy located at 2509 Pennsylvania Avenue, which is adjacent to the intersection of Pennsylvania Avenue and West North Avenue in Baltimore, Maryland. Rioting activities included, but were not limited to, the looting and destruction of CVS Pharmacy and other businesses.

5. On or about April 27, 2015, at approximately 4:30 p.m., participants in the riot began looting CVS Pharmacy. At approximately 6:20 p.m. the same day, a participant in the riot set a fire inside CVS Pharmacy.

6. On or about April 27, 2015, at approximately 6:30 p.m., BCFD was notified of the fire at CVS Pharmacy, several BCFD engines staffed by BCFD firefighters were then dispatched to suppress and extinguish the fire at CVS Pharmacy. Toward this end, BCFD fire fighters deployed fire hoses to provide water to suppress the fire at CVS Pharmacy and to protect firefighters inside and near the building. Throughout the course of BCFD's fire suppression and extinguishment efforts, rioting continued in the vicinity of CVS Pharmacy.

7. One BCFD fire hose was attached by BCFD fire fighters to a fire hydrant near the intersection of Pennsylvania Avenue and West North Avenue, Baltimore Maryland. This BCFD

fire hose began supplying water to suppress the fire at CVS Pharmacy.

8. As the BCFD firefighters deploying the fire hose, **BUTLER** stood on top of this fire hose.

9. The BCFD firefighters then attached the fire hose to the fire hydrant and released water from the fire hydrant into the hose, also known as charging the fire hose.

10. **BUTLER** punctured the charged fire hose at two points with the intent to impede the fire suppression effort at CVS Pharmacy. Specifically, **BUTLER** approached the fire hose and used a sharp object to puncture the fire hose near its attachment to the fire hydrant. After **BUTLER**'s initial puncture, a high-pressure stream of water was released through the punctured fire hose.

11. After this initial puncture, **BUTLER** next walked toward a section of the fire hose that extended along the ground across Pennsylvania Avenue and used a sharp objection to puncture the fire hose a second time. This puncture caused a second high-pressure stream of water to be released from this fire hose.

12. The two punctures rendered the fire hose inoperable. BCFD firefighters removed the damaged fire hose from the fire hydrant. The fire hose had to be taken out of service. As a result, the fire suppression and extinguishment efforts at CVS Pharmacy were impeded and delayed.

## The Charge

13. On or about April 27, 2015, in the District of Maryland, the defendant,

**GREGORY LEE BUTLER, JR.**
**a/k/a GREG BALY,**

committed and attempted to commit acts to obstruct, impede, and interfere with firemen lawfully engaged in the lawful performance of their official duties incident to and during the commission

of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

18 U.S.C. § 231(a)(3)

## COUNT TWO
### (Arson, Aiding and Abetting)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Count One, Paragraphs 1-12 are incorporated by reference as though fully set forth here.

2. On or about April 27, 2015, in the District of Maryland, the defendant,

### GREGORY LEE BUTLER, JR.
### a/k/a GREG BALY,

did aid and abet others in maliciously damaging and destroying, and attempting to damage and destroy, by means of fire and an explosive, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce.

18 U.S.C. § 844(i); 18 U.S.C. § 2

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON            Date 12/1/15