IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| *Appellant*, ) | **Crim. No. JFM-15-0615** |
| ) | |
| v. ) | |
| ) | |
| **GREGORY LEE BUTLER, JR.** ) | |
| a/k/a Greg Baly, ) | |
| ) | |
| *Appellee*. ) | |

# NOTICE OF APPEAL

Notice is given that the United States of America hereby appeals to the United States Court of Appeals for the Fourth Circuit from the district court's (J. Frederick Motz, J.) April 22, 2016 Order granting the Defendant's Motion to Dismiss Count Two of the Indictment **(ECF No. 35)**.

                                            Respectfully submitted,

                                            Rod J. Rosenstein
                                            United States Attorney

              By:     ____/s/_____
                                            Philip A. Selden
                                            Matthew J. Maddox
                                            Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

This is to certify that on this 20th day of May, 2016, a copy of the foregoing Notice of Appeal was served by CM/ECF on the following attorneys for the Defendant/Appellee:

>Elizabeth G. Oyer
>Lucius T. Outlaw III
>Office of the Federal Public Defender
>100 South Charles Street, Suite 900, Tower II
>Baltimore, MD 21201
>
>*Counsel for the Defendant/Appellee*

>_____/s/_____
>Philip A. Selden
>Matthew J. Maddox
>Assistant United States Attorneys