## UNITED STATES DISTRICT COURT
### for the
### District of Maryland

UNITED STATES OF AMERICA

vs.                                               Crim. No.: 0416 1:15CR00615-001

Gregory Lee Butler

On November 3, 2016, the defendant was placed on Supervised Release for a period of 36 months. He has complied with the rules and regulations. Accordingly, it is recommended that he be discharged from supervision.

Respectfully submitted,

Corinne Simmons
U.S. Probation Officer

Crystal Mercer
Supervisory U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Signed this _____13_____ day of _____December_____, 20_14_.

The Honorable James K. Bredar
U.S. District Judge

**DATE:** December 13, 2019

**TO:** The Honorable James K. Bredar
Chief U.S. District Judge

**FROM:** Corinne Simmons
U.S. Probation Officer

**SUBJECT:** Butler, Gregory Lee
Docket No.: 0416 1:15CR00615-001
Probation Expiration Date: August 26, 2020

**SUBJ:** <u>**REQUEST FOR EARLY TERMINATION**</u>

The purpose of this memorandum is to respectfully request Your Honor consider granting Gregory Lee Butler an early termination from supervision. Pursuant to 18 U.S.C. § 3564(c), courts are permitted to terminate probation in misdemeanor cases at any time or probation in felony cases after one year, if such action is warranted. The District of Maryland Early Termination Policy requires persons under supervision (other than low risk cases) must have completed at least 50% of their supervision period prior to being considered for early termination. Low risk cases must have completed at least one year on supervision (six months if only a one-year term) prior to being considered for early termination.

On November 3, 2016, Mr. Butler appeared before The Honorable J. Frederick Motz for sentencing on the charge of Civil Disorder. Mr. Butler was sentenced to one day imprisonment followed by 36 Months Supervised Release. The term of supervision included the following additional conditions:

1.      The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

2.      The defendant shall perform 250 hours of community service as directed by the probation officer. The community service may be suspended at the discretion of the probation officer if the offender obtains and maintains acceptable employment or is enrolled in an acceptable educational program.

Mr. Butler began his term of supervision on November 4, 2016. While under supervision, Mr. Butler has complied with all standard and special conditions. On November 10, 2016, Mr. Butler was referred to Gaudenzia for an outpatient substance abuse assessment. He was discharged from treatment on August 29, 2017. On September 5, 2017, a Violation of Supervised Release hearing was held due to a positive urinalysis for THC and missed urinalysis testing. On September 6, 2017, Mr. Butler was court ordered to Gaudenzia Inpatient treatment facility for a period of 30

days. Mr. Butler successfully completed the inpatient treatment program on October 7, 2017. He was then referred to Maryland Treatment Centers on October 12, 2017 where he completed successfully completed the outpatient program on August 30, 2018. Mr. Butler tested negative for all substances on October 25, 2019. Mr. Butler was court ordered to complete two hundred community service hours of which he has completed sixty-seven community service hours with the Baltimore City Fire Department and seventeen community service hours with Manna House for a total of eighty-four hours. The remainder of community service hours were suspended at the discretion of the probation officer due to Mr. Butler's increased compliance, employment, and positive social networking.

Mr. Butler has maintained a stable residence with his girlfriend, Chastity Jackson, and their two children, ages three and two, at 422 North Hilton Street Baltimore, Maryland 21229. This address is Mr. Butler's mother's address where he has resided since September 2018. His goal is to obtain his own personal residence for himself, his girlfriend, and their children. Mr. Butler has maintained stable employment since his supervised release began. He has received numerous promotions and most recently a significant pay increase. Mr. Butler began doing home renovations for a family member and later obtained two different positions with Johns Hopkins Hospital. He is now employed at Green Street Academy as the Dean of Students. Our last personal contact with Mr. Butler was on October 25, 2019 in the office.

It is important to note that Mr. Butler is involved in positive social networks within his community. Presently, he is a member of the Step Away Foundation where he is mentoring "at risk youth" grades 6-10. He is a basketball coach for a girl's team and is also involved in a pickup league on Thursday evenings. Mr. Butler reports that he is a member of the current events club after school program. He is engaged with Safe Center and volunteers at the soup kitchen in Greenmount area. In addition to his community involvement, Mr. Butler is involved with his family and his children. He reports a positive relationship with his sisters and his girlfriend Chastity.

Mr. Butler was court ordered to pay restitution in the amount of $1,000,000.00. To date, $5,530.15 has been satisfied. A referral has been made to the financial litigation unit and Carmen Lathan has been contacted to initiate the wage attachment. A financial investigation has also been conducted.

A criminal record check was completed on October 25, 2019. The record check, as well as collateral and personal contacts indicate that Mr. Butler has not incurred any arrests since the commencement of supervision. Additionally, he did not play an aggravated role in the instant offense, does not appear to pose a risk to the public or individuals, does not have a history of violence, and has successfully completed over half of his term of supervision.

On December 13, 2019, a hearing was held before Your Honor requesting early termination. The hearing concluded with Your Honor granting early termination effective this date.

Attachments

_____
Corinne Simmons
U.S. Probation Officer

_____ Approve early termination (Please sign the attached order)

_____ Schedule an early termination hearing

_____ Disapprove early termination

_____        _____
The James K. Bredar                       Dec. 13, 2019
Chief U.S. District Judge                 Date